Welcome to the Official Site of the Illinois Courts


 














 
 
 
  
 
 
 
 Your browser does not support script
 
 
 
 
 Loading
 
 
 
 



 

 


 
 
 
 
 
 
 
 
 
 
 
 



 
 
 
 
 
 




 
 
 
 Quick Links
 
    Chief Justice Rita B. Garman - Supreme Court 2017 Senate Budget Testimony
    Results of 2015 Circuit Court User Survey
    
    Chief Justice Rita B. Garman - Supreme Court 2016 Budget Testimony

    
    Chief Justice Rita B. Garman - Video to Illinois Problem-Solving Courts
 Supreme Court
 
 Opinions
 Docket
 Anticipated Opinions
 Orders and Announcements
 Leave to Appeal Dispositions
 Rules
 Oral Argument Calendars
 Oral Argument Audio & Video
 Judicial Events
 Special Matters Before the Court
 Supreme Court Electronic Filing Service
 Extended Media Coverage
 Annual Report of the Illinois Courts
 E-Pay Law License Fee (IL State Treasurer's site) 
 Certificate of Registration/Supreme Court Rule 721
 
 
 
 Appellate Court
 
 Opinions
 Rule 23 Orders
 Oral Argument Calendars
 Oral Argument Audio
 

 Circuit Court
 
 Chief Judges & Administrative Staff
 Judges & Associate Judges
 Associate Judge 2015 Reappointment Forms
 
 
 Employment Opportunities
 Legal Community 


 Supreme Court Rules Committee Public Hearings
 Illinois Pattern Jury Instructions-Civil - 1.07 renumbered to 2.05 and revised - revised November 2016 
 Illinois Pattern Jury Instructions-Criminal - 5.01A, 5.01B, 5.02, 5.02A, 5.03, 5.03A, 5.04, 5.05, 5.06, 5.07, 5.08, 5.10, 5.11- approved October 28, 2016 
 Bar Admission Ceremonies 
 Illinois Code of Judicial Conduct
 Illinois Rules of Evidence
 Illinois Rules of Professional Conduct of 2010 
 Illinois Supreme Court Historic Preservation Commission (IL Supreme Court Historic Preservation Comm'n site)
 Minimum Continuing Legal Education Board (MCLE site)
 Commission on Professionalism (IL Supreme Court Comm'n on Professionalism site)
 Attorney Registration and Discplinary Commission (ARDC site)
 Rules of Procedure for the Board of Admissions to the Bar and the Committees on Character and Fitness (IL Board of Admissions to the Bar site)
 Bar Exam & Admission (IL Board of Admissions to the Bar site)
 Resolution Systems Institute (RSI site) 
 Pro Bono Attorney Information (IL Pro Bono site) 
 Standard Interrogatories (IL State Bar Ass'n site) 
 Lawyers' Assistance Program (Lawyers' Assistance site) 
 Lawyers Trust Fund (Lawyers Trust Fund of IL site) 
 List Services Available 
 


 

 
 Latest News
 
 





 
 
 

Chief Justice Lloyd A. Karmeier 
welcomes you to the
Illinois Courts Website

 
 









 Illinois & U.S. Judiciaries
 
 
 
 
 
 
 
 Illinois Court System
 United States Websites 
 
 

  



 Judicial Links & Research (external websites) 


 Illinois Circuit Courts
 Bar & Miscellaneous Associations
 Law Schools in Illinois
 State of Illinois Websites
 U.S. Government Websites
 State University Websites
 Legal Research
 Illinois Amber Alert 
 National Center for Missing & Exploited Children
 

 

Notifications and Services


 
 
 
 
 
 Illinois Courts Twitter Feed: 
 
List Mail Services Page: 
 
 Translate this page into    
 
 
 
 
 Make the Illinois Courts your homepage
 
 


 E-Business Online Services



 
 
 Electronic 
 Filing
 
 
 
 
 
 
  
 
 Plead & Pay
 Your Traffic Ticket 
 
 
 
 
 
 
 
 
 
 
               Statewide Efiling Initiative:
 
 
 
 
 


 
 
Access to Justice





 Standardized Court Forms
 Language Access Program 
 Court Interpreter Certification




 Resources for Self-Represented Litigants
 Resources for Attorneys
 Other Language Resources
 










Citizen Self-Help


 Supreme Court Policy on Access for Persons with Disabilities (Supreme Court only) 
 Petit Juror Handbook
 Grand Juror Handbook
 Consumers' Guide to Legal Help (American Bar Ass'n site) 
 Find 
 an Illinois Attorney (IL State Bar Ass'n site)
 Guide for Appeals to the Illinois Appellate Court for Self-Represented Litigants
 Illinois 
 Child Support Information (IL Department of Healthcare & Family Services site)
 Has my 
 Attorney been disciplined? (ARDC Site)
 Can't Afford a Lawyer? (IL Legal Aid site) 
 Becoming a Legal Adult (IL State Bar Ass'n site)
 Child Neglect or Abuse Court Proceedings (IL State Bar Ass'n site)
 Laws Protecting Military Personnel (IL State Bar Ass'n site) 
 



 
 
Education


 
 The Third Branch - A Chronicle of the Illinois Supreme Court
 Judicial Education
 Student Learning Center
 About the Courts in Illinois
 Judicial Speakers Bureau
 How Cases Proceed Thru the Courts
 How the Courts are Funded
 U.S. Constitution (IL General Assembly site) 
 Illinois Constitution (IL General Assembly site) 
 Understanding the Illinois Constitution (IL State Bar Ass'n site)
 Law Day Information (IL State Bar Ass'n site) 
 Mock Trial Resources for Teachers (ILState Bar Association site)
 
  
 






State of Illinois |
Privacy Notice | Endorsement Notice | Webmaster












 










Your browser does not support script